UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11740-GAO

MARK MULDOWNEY,
Plaintiff,

v.

RICK SMITH,
Defendant.

**ORDER**
January 11, 2004

O'TOOLE, D.J.

Having received no response from the plaintiff to the Court's November 12, 2004 Order and Memorandum within the time period prescribed, it is hereby ORDERED that the amended complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

January 11, 2005
DATE

/s/ [signature]
DISTRICT JUDGE