UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>MARK MULDOWNEY</u>
        Plaintiff(s)

v.                        CIVIL ACTION NO. <u>04-11740-GAO</u>

<u>RICK SMITH</u>
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

<u>O'TOOLE</u>, D.J.

**G**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

Pursuant to the Court's Order, dated January 11, 2004, having received no response from the plaintiff to the Court's November 12, 2004 Order and Memorandum within the time period prescribed, it is hereby ORDERED that the amended complaint is dismissed with prejudice pursuant to 28 USC Sec. 1915 (e)(2).

TONY ANASTAS,
CLERK OF COURT

Dated: <u>1/12/05</u>                    By <u>Paul S. Lyness</u>
                                                                Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                                                [jgm.]

Case 1:04-cv-11740-GAO    Document 9    Filed 01/12/2005    Page 2 of 2